450 A.2d 1037

Commonwealth v. Hinton, Appellant.

Argued May 3, 1982. Nancy V. Larkin, Assistant Public Defender, for appellant; William F. Merz, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, ROWLEY and CIRILLO, JJ.

Judgment of sentence affirmed.